IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CLAUDIA HARROD** | * | |
| Plaintiff | * | |
| vs. | * | Case No.: 1:13-CV-00736-RMC |
| | | The Honorable Rosemary M. Collyer |
| **STEVEN R. MAYNARD, M.D.**, et al. | * | |
| Defendants | * | |

### LINE OF DISMISSAL

Please dismiss the above-captioned matter, with prejudice, as to all Defendants.

Thank you.

Respectfully Submitted,

THOMAS V. MIKE MILLER, JR., P.A.

_____
John P. Valente, III
2200 Defense Highway, Suite 304
Crofton, Maryland 21114
(301) 856-3030
Counsel for Plaintiff

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of July, 2013, a copy of the foregoing Line of Dismissal was filed electronically and served upon:

Crystal S. Deese, Esq., 119 North Washington Street, Suite 400, Rockville, MD 20850 (cdeese@gleason-law.com)

_____
John P. Valente, III